709 A.2d 905

**Edward L. KERNER and Catherine Kerner, his wife**

v.

**Donald G. REXRODE, Appellant.**

Supreme Court of Pennsylvania.

Argued April 28, 1998.

Decided May 19, 1998.

John S. Carnes, Jr., West Chester, for Donald G. Rexrode.

Larry J. Folmar, Norristown, for Edward L. and Catherine Kerner.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

*ORDER*

PER CURIAM:

Appeals dismissed as having been improvidently granted.